UNITED STATES v. Joseph SILBAR.

UNITED STATES v. MID–WEST DRUG & CHEMICAL CO.

UNITED STATES v. Frank GAMBINO.

UNITED STATES v. Peter D. AGRIOSTATHES.

Nos. 5294–5297.

Circuit Court of Appeals, Seventh Circuit.

April 14, 1936.

1022

M. L. Igoe and Dwight H. Green, U. S. Attys., and Heber T. Dotson, Asst. U. S. Atty., all of Chicago, Ill. (Brien McMahon and James M. Hoffa, Sp. Assts. to Atty. Gen., and W. A. Tarver, Chief Counsel, Taxes & Penalties Unit, Department of Justice, of Washington, D. C., of counsel), for the United States.

H. L. Howard and William Greene, both of Chicago, Ill., for appellees.

PER CURIAM.

On consideration whereof, it is now here ordered and adjudged by this court that this appeal be, and the same is hereby, dismissed; and that this cause be, and the same is hereby, remanded to the District Court of the United States for the Northern District of Illinois, Eastern Division, pursuant to the foregoing stipulation.